**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6321**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

HECTOR EDGARDO RUIZ-ZUNIGO,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (7:05-cr-00039-F-1)

_____

Submitted: July 28, 2016        Decided: August 4, 2016

_____

Before DIAZ, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hector Edgardo Ruiz-Zunigo, Appellant Pro Se. Jennifer P. May-Parker, Ethan A. Ontjes, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Edgardo Ruiz-Zunigo appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion to reduce his sentence under Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ruiz-Zunigo, No. 7:05-cr-00039-F-1 (E.D.N.C. Feb. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED